UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER SURACE,<br><br>　　　　　Plaintiff,<br><br>　-against-<br><br>FIRST SOURCE ADVANTAGE LLC,<br><br>　　　　　Defendant. | **Case No. 1:09-cv-09699-GBD**<br>**NOTICE OF SETTLEMENT** |

　　　NOW COMES the Plaintiff, JENNIFER SURACE, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

　　　Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

///

///

///　　　　　　　　　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　By:＿＿/s/ Adam T. Hill＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　Adam T. Hill,
　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　Krohn & Moss, Ltd.
　　　　　　　　　　　　　　　　　120 W. Madison St., 10th Fl.
　　　　　　　　　　　　　　　　　Chicago, IL 60602
　　　　　　　　　　　　　　　　　phone: (312) 578-9428
　　　　　　　　　　　　　　　　　fax: (866) 802-0021
　　　　　　　　　　　　　　　　　e-mail: ahill@consumerlawcenter.com